Warhoftig *v.* Hibbs, et al., Appellants.

Submitted November 8, 1973.   Before Jones, C. J., Eagen, O'Brien, Roberts, Pomeroy, Nix and Manderino, JJ.

*John J. O'Brien, Jr.,* for appellants.

*Harry L. Kaufman,* for appellee.

Opinion Per Curiam, March 25, 1974:
Decree affirmed.   Costs on appellants.